In the Matter of COMMON COUNCIL OF THE CITY OF GLENS FALLS, Petitioner, v. TOWN BOARD OF THE TOWN OF QUEENSBURY, Respondent. Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

## FOURTH DEPARTMENT, JUNE, 1967

### (June 15, 1967)

In the Matter of PAUL SPORN, Petitioner, v. BOARD OF TRUSTEES OF THE STATE UNIVERSITY OF NEW YORK, Respondent.—

Present — Bastow, J. P., Goldman, Henry, Del Vecchio and Marsh, JJ.

JOHN B. DOLLINGER, Individually and as Stockholder of and on behalf of DOLLINGER CORPORATION, Appellant, v. LEWIS L. DOLLINGER, JR., et al., Defendants, and LINCOLN ROCHESTER TRUST COMPANY et al., as Cotrustees under the Will of LEWIS L. DOLLINGER, SR., Deceased, et al., Respondents.—

Memorandum: For the sake of clarity, the plaintiff is directed to serve an amended complaint eliminating the allegations asserted against the cotrustees. (Appeal from order of Monroe Special Term, granting motion to dismiss complaint.) Present — Williams, P. J., Bastow, Del Vecchio and Marsh, JJ. [51 Misc 2d 808.]